Entered: May 17th, 2023
Signed: May 16th, 2023
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Bethany C. Jarboe

Case No.: 23-10170
Chapter 13

DEBTOR(S)

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, by Fay Servicing, LLC, Servicing Agent
    MOVANT
       vs.
Bethany C. Jarboe

RESPONDENT(S)

**CONSENT ORDER AND STIPULATION MODIFYING AUTOMATIC STAY**

TO THE HONORABLE, THE JUDGE OF SAID COURT:

    Upon consideration of the foregoing Motion Seeking Relief from Automatic Stay, the parties having reached an agreement, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland.

1

ORDERED that the Automatic Stay be, and it is, hereby terminated, pursuant to 11 U.S.C. 362(d), to permit Movant, its assigns and/or successors, to commence foreclosure proceedings in the Circuit Court for Anne Arundel County, Maryland against the real property and improvement known as 1268 Swan Drive, Annapolis, MD 21409 and that the successful purchasers shall take possession of the same; and be it further

ORDERED that the relief granted in the immediately proceeding paragraph be, and the same is hereby stayed, provided that the Debtor(s):

1. Resume(s) making regular monthly payments on June 1,2023, of $1,603.22 or as adjusted for escrow changes and continue thereafter, as well as all other conditions and obligations under the terms of the Deed of Trust or Mortgage, and

2. Make(s) a payment of $1,275.14 for SIX (6) months beginning June 15,2023 , and continue through November 15,2023.  The total post-petition arrearage due from February 1,2023 to May 1,2023 is $7,650.88 which includes $1,238.00 bankruptcy legal fees.

Payments should be mailed to:
    Fay Servicing, LLC
    PO Box 814609
    Dallas TX 75381-4609

Should the Debtor(s) fail to make any payment when due or should any payment be returned for insufficient funds, Movant shall file a Notice of Default with the Court.  Said Notice shall provide copies to the Debtor(s) and Debtor(s)' attorney and allow the Debtor(s) ten (10) days from the date the Affidavit of Default is mailed to cure two (2) default(s) under this agreement.  Any cure of an Affidavit of Default must be made in the form of a certified or cashier's check, or Western Union Quick Collect.  No right shall be given to cure any ensuing default.  In the event of a subsequent default and upon notice to Debtor(s), Debtor(s)' counsel and the Court the stay shall automatically terminate.

The fourteen (14) day stay of Bankruptcy Rule 4001(a)(3) is waived.

The parties agree that if the Debtor(s) converts this case to a Chapter 7, the Movant may immediately exercise all rights provided by the security instruments referenced in this Order and applicable state law.

| | |
|---|---|
| /s/Joseph Michael Selba | /s/ Richard J. Rogers |
| Joseph Michael Selba, Esquire | Richard J. Rogers, Esquire |
| Attorney for Debtor | Cohn, Goldberg & Deutsch, LLC |
| | 1099 Winterson Road, Suite 301 Linthicum Heights, MD  21090 |
| | 410-296-2550 |
| | Fax: 410-296-2558 |
| | Email: bankruptcy@cgd-law.com |
| | Federal Bar #: 01980 (MD) |
| | Attorney for Movant |

     I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Richard J. Rogers\
Richard J. Rogers, Esquire\
Cohn, Goldberg & Deutsch, LLC\
1099 Winterson Road, Suite 301\
Linthicum Heights, MD  21090\
410-296-2550\
Fax: 410-296-2558\
Email: bankruptcy@cgd-law.com\
Federal Bar #: 01980 (MD)\
Attorney for Movant

Copies to:

Bethany C. Jarboe\
1268 Swan Drive\
Annapolis, MD 21409

Bethany C. Jarboe\
1066 Little Magothy View\
Annapolis, MD 21409

and respondent(s)' counsel:\
Joseph Michael Selba, Esquire\
1 East Pratt Street Suite 901\
Baltimore, MD 21202

Rebecca A. Herr, Trustee\
185 Admiral Cochrane Drive Suite 240\
Annapolis, MD 21401

Cohn, Goldberg & Deutsch, LLC\
1099 Winterson Road, Suite 301\
Linthicum Heights, MD  21090

**End of Order**